# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 842 |
| | : | |
| APPOINTMENT TO COURT OF | : | SUPREME COURT RULES DOCKET |
| JUDICIAL DISCIPLINE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2020, the Honorable Ronald S. Marsico (Ret.),* Dauphin County, is hereby appointed as a member of the Court of Judicial Discipline for a term of four years, commencing June 30, 2020.

\*      Non-lawyer elector